IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | CASE NO.: 6:20cr-1 |
| STACY TOBLER, SR, | |
| Defendant. | |

**O R D E R**

Based upon the application of the Government, and for good cause shown therein, it is hereby ORDERED that the United States' Motion to Continue Sentencing be sealed until further order of this Court, excepting only such disclosures as the Government deems necessary to comply with its obligations under Brady v. Maryland, 373 U.S. 83 (1963).

**SO ORDERED**, this 5th day of October, 2020.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA